UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  Max ENCISO, Adam Solano GONZALEZ,  Defendants. | Magistrate Docket No. '21 MJ02388  COMPLAINT FOR VIOLATION OF:  Title 8, USC 1324(a)(1)(A)(ii) Transportation of Illegal Aliens  Title 18, USC 111(a)(1) Assault on Federal Officer |

The undersigned complainant being, duly sworn, states:

Count one:

On or about June 10, 2021, within the Southern District of California, defendant Max ENCISO, and Adam Solano GONZALEZ, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Emmanuel FELIX-Guerra, Carlos MACIAS-Espinoza, and Mario Daniel SEDANO-Rodriguez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count two:

On or about June 10, 2021, within the Southern District of California, defendant, Max ENCISO, did intentionally and forcibly assault, a person named in 18 U.S.C. Section 111, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent J. Wemhoener-Cuite, by striking Agent Wemhoener-Cuite's right arm with a motor vehicle doorframe while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

_____
SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 11, 2021.

_____
HON. DANIEL E. BUTCHER
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Max ENCISO,
Adam Solano GONZALEZ

## PROBABLE CAUSE STATEMENT

The complainant states that Emmanuel FELIX-Guerra, Carlos MACIAS-Espinoza and Mario Daniel SEDANO-Rodriguez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 10, 2021, Border Patrol Agent J. Wemhoener was conducting assigned duties in the El Cajon Station's area of responsibility. Agent Wemhoener was wearing a rough duty uniform with badge and insignia fully visible driving an unmarked agency vehicle equipped with lights and a siren. At approximately 7:54 PM, Agent Wemhoener observed a Silver BMW driving east on State Route 94 (SR-94) in Campo, California. Agent Wemhoener observed that the BMW appeared to be traveling well below the posted speed limit and unusually slow for normal traffic in this area. Agent Wemhoener also noticed that the rear of the BMW was low to the ground and the tires were sitting deep in the wheel well giving the car the appearance of carrying heavy weight. As the BMW passed Agent Wemhoener, he was able to observe only two individuals in the front and no one else or any visible cargo that would explain the car being weighted down. Agent Wemhoener got behind the BMW and requested record checks from the Border Patrol Communications Center. As Agent Wemhoener continued to follow the BMW, it began to drift to the right shoulder of the road and slowed down as if it wanted Agent Wemhoener to pass him. The BMW then accelerated at a high rate of speed, and at this point Agent Wemhoener observed two heads appear in the back seat of the vehicle and then ducked back down.

At approximately 7:57 PM, Agent Wemhoener in a unmarked vehicle initiated a stop on the BMW by activating his emergency lights. The BMW came to a stop on the shoulder of SR-94, near an area known to Border Patrol agents as "Star Ranch Flats." This area is approximately one and a half miles north of the United States/Mexico International Boundary and nine miles east of the Tecate, California, Port of Entry. Agent Wemhoener approached the BMW, and identified himself as Border Patrol Agent. Agent Wemhoener observed five visible occupants, later identified as defendants Max ENCISO (driver), Adam Solano GONZALEZ (front seat passenger), and Material Witnesses Emmanuel FELIX-Guerra, Carlos MACIAS-Espinoza and Mario Daniel SEDANO-Rodriguez. Agent Wemhoener noticed that FELIX, MACIAS and SEDANO, were wearing dirty clothing and covered in broken brush, while ENCISO and GONZALEZ were wearing clean clothing with no visible brush on them. Agent Wemhoener

CONTINUATION OF COMPLAINT:
Max ENCISO,
Adam Solano GONZALEZ

asked defendant ENCISO to turn off the BMW for his safety and then keep his hands on the steering wheel. Agent Wemhoener then reached through the open passenger window to grab the keys from the ignition, and at the same time ENCISO was raising his hand with his finger pointed out as if he was going for the push button start on the car. Defendant GONZALEZ then looked at ENCISO and said, "Don't do it, don't fucking do it." ENCISO then started the car and began to accelerate away rapidly. Agent Wemhoener immediately began to step away from the BMW and was struck by the door frame and was hit by the gravel and dirt that was being kicked up by the tires of the vehicle. Agent Wemhoener immediately advised via service radio and relayed to agents that the BMW was attempting to flee and had failed to yield.

As Agent Wemhoener was running back to his vehicle, Border Patrol Agent A. Arroyo arrived in the area in an unmarked vehicle and activated his emergency lights in an attempt to stop the fleeing BMW. Agent Arroyo positioned his agency vehicle in front of the BMW and it did come to a stop. At approximately 8:00 PM, Agent Arroyo approached the driver side of the BMW, and placed ENCISO under arrest. Agent Wemhoener approached the passenger side of the BMW and conducted an immigration inspection on the remaining four individuals inside. Defendant GONZALEZ, who was later determined to be a U.S. Citizen was detained by Agent Wemhoener. All three Material Witnesses stated they are citizens of a country other than the United States without proper documents allowing them to enter or remain in the United States legally. Agent Wemhoener placed defendant GONZALEZ and material witnesses FELIX, MACIAS, and SEDANO under arrest.

Material witnesses, FELIX, MACIAS and SEDANO admitted to being citizens of another country other than the United States, and illegally present without proper documents that would allow them to enter or remain in the United States legally. MACIAS and SEDANO further admitted to making smuggling arrangements and agreed to pay between $8,000 - 12,000 US Dollars. FELIX stated that his uncle had made the smuggling arrangements for him and did not know how much he was going to pay for smuggling fee. FELIX stated that he observed the driver ENCISO got nervous and fidgety when the Agent approached the vehicle and accelerated and then stopped. FELIX stated that they only drove approximately ten minutes before being pulled over by Border Patrol Agents. FELIX was asked if the driver instructed him to say anything to agents and FELIX stated no. FELIX stated that all the driver said was "I don't know you". He stated that two agents approached the vehicle, one from the driver side of the vehicle and the other from the passenger side. FELIX stated that at that moment the driver got nervous and started making erratic movements. The agent then drew his weapon towards the driver. FELIX stated that the driver then put the vehicle in drive and pushed on the gas. FELIX stated

CONTINUATION OF COMPLAINT:
Max ENCISO,
Adam Solano GONZALEZ


that almost immediately after that, the passenger of the vehicle put the car in park to stop the vehicle. FELIX stated that the passenger stated "no debemos nada" (literal meaning is "we don't owe anything") right after putting the vehicle in park. FELIX stated that moments later, several agents approached the vehicle and arrested them. FELIX was presented with a six-pack photo lineup 1A, FELIX identified #3 as the driver of the vehicle. FELIX was presented with another six-pack photo lineup 1B. FELIX identified #4 as the passenger. MACIAS and SEDANO were also presented with a photo lineup of ENCISO and GONZALEZ. Both MACIAS and SEDANO positively identified ENCISO as the driver of the vehicle but were not able to identify GONZALEZ.